# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

Conference Adjourned
From: Feb. 26, 2020
To: March 23, 2020 at 12:00 p.m.
SO ORDERED:
/s/ P. Kevin Castel, U.S.D.J.
Date: 2-7-20

via ECF

February 7, 2020

Hon. P. Kevin Castel
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Verragio, Ltd. v. Elite Jewelers,
SDNY 19-CV-11507

Dear Judge Castel:

I represent the Defendant in the above-referenced action, and this is to request adjournment of the Initial Conference scheduled for February 26, 2020 at 10:45am.

This is the first request for adjournment. I have consulted with opposing counsel, and Plaintiff's counsel has consented to this request.

Due to a family medical issue, I will be unavailable to attend a Conference during the month of March. The attorneys have mutual availability for April 1, 2020 - we respectfully request that the Initial Conference be re-scheduled to such date, or to the Court's next available late morning.

Should the Court require any additional information, please contact the undersigned.

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky

cc: Howard Kroll, Esq.,
*Counsel for Plaintiff,* via ECF